In the Matter of ALEX ASTRAB, Appellant, against JOHN F. O'CONNELL et al., as Members of the State Liquor Authority, Respondents.

Argued January 3, 1950; decided January 12, 1950.

*Charles W. Chattaway* and *Alvin McKinley Sylvester* for motion.

*Charles I. Sterling, Monroe I. Katcher II* and *Jerome S. Heller* opposed.

Motion to dismiss appeal granted and appeal dismissed upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.